[Cite as *05/05/2003 Case Announcements,* 2003-Ohio-2219.]

*May 5, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1093. State v. Smith.**
Cuyahoga App. No. 79527. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, sua sponte, that this cause be held on Proposition of Law No. I only for the decision in 2002–0201, *State v. Fisher.*

IT IS FURTHER ORDERED by the court that oral argument scheduled for May 13, 2003, be, and hereby is, canceled.

**2002–1220. State v. Smith.**
Cuyahoga App. No. 79527. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, sua sponte, that this cause be held on Proposition of Law No. I only for the decision in 2002–0201, *State v. Fisher.*

IT IS FURTHER ORDERED by the court that oral argument scheduled for May 13, 2003, be, and hereby is, canceled.

## MISCELLANEOUS DISMISSALS

**2003–0407. Dull v. Lane.**
Marion App. No. 9–02–67. This cause is pending before the court as an appeal from the Court of Appeals for Marion County. It appears from the records of this court that appellant has not filed a merit brief, due April 28, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

[Cite as *05/06/2003 Case Announcements,* 2003-Ohio-2244.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 6, 2003*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0645. State ex rel. Hall v. Midwest Drywall, Inc.**
Franklin App. No. 02AP–500, 2003-Ohio-821.